UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC O'DELL,<br><br>         Plaintiff,<br><br>    v.<br><br>C. MIMS, et al.,<br><br>         Defendants. | Case No. 1:20-cv-00378-NONE-JLT (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS**<br><br>14-DAY DEADLINE<br><br>**ORDER DIRECTING DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>30-DAY DEADLINE |

On June 18, 2020, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable claims of deliberate indifference to serious medical needs and intentional infliction of emotional distress against Defendant Mims, as well as cognizable claims of medical negligence against Defendants Mims, Doe #1, and Doe #2. (Doc. 11.) The Court found that Plaintiff's remaining claims were not cognizable. (*Id.*) Therefore, the Court directed Plaintiff to file an amended complaint curing the deficiencies in his pleading or a notice that he wishes to proceed only on the claims found cognizable and to dismiss the remaining claims and defendants. (*Id.* at 11.)

On June 29, 2020, Plaintiff filed a document in which he states that he "chooses to proceed on the claims this court found cognizable." (Doc. 12.) Accordingly, and for the reasons

set forth in the Court's screening order (Doc. 11), the Court RECOMMENDS that:

1. The claims in Plaintiff's complaint be DISMISSED, *except* for the (1) claim of deliberate indifference to serious medical needs against Defendant Mims, (2) claims of medical negligence against Defendants Mims, Doe #1, and Doe #2, and (3) claim of intentional infliction of emotional distress against Defendant Mims; and,

2. Defendants Harris, Ventis-Colon, Doe #3, and Doe #4 be DISMISSED.

**Within 30 day**s of this order, Defendant Mims SHALL file a responsive pleading to Plaintiff's complaint, addressing only the claims found cognizable by the Court.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). **Within 14 days** of the date of service of these Findings and Recommendations, the parties may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **July 1, 2020**                               **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE