UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC O'DELL,<br><br>   Plaintiff,<br><br>   v.<br><br>C. MIMS, et al.,<br><br>   Defendants. | No. 1:20-cv-00378-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 13) |

Plaintiff Eric O'Dell is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 19, 2020, the assigned magistrate judge filed a screening order, finding that plaintiff's complaint states cognizable claims of deliberate indifference to serious medical needs and intentional infliction of emotional distress against Defendant Mims, plus cognizable claims of medical negligence against Defendants Mims, Doe #1, and Doe #2. (Doc. No. 11.) The magistrate judge found that all remaining claims were not cognizable. (*Id.*) The magistrate judge, therefore, directed plaintiff to file an amended complaint curing the deficiencies in his pleading or notify the court of his desire to proceed only on the claims found cognizable. (*Id.* at 11.) Pursuant to the screening order, plaintiff filed a notice that he "chooses to proceed on the claims this court found cognizable." (Doc. No. 12.)

Accordingly, on July 2, 2020, the magistrate judge filed findings and recommendations, recommending that the claims in plaintiff's complaint be dismissed, except for the claims of deliberate indifference and intentional infliction of emotional distress against Defendant Mims, and the claims of medical negligence against Defendants Mims, Doe #1 and Doe #2. (Doc. No. 13.) The judge further recommended that Defendants Harris, Ventis-Colon, Doe #3, and Doe #4 be dismissed. (*Id.*) The findings and recommendations were served on the parties and provided fourteen (14) days to file objections thereto. (*Id.* at 2.) The parties have not filed any objections and the time do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 2, 2020 (Doc. No. 13) are adopted in full;
2. The claims in plaintiff's complaint are dismissed, except for (1) the claims of deliberate indifference to serious medical needs under 42 U.S.C. § 1983 and intentional infliction of emotional distress under state law against Defendant Mims, and (2) the claims of medical negligence under state law against Defendants Mims, Doe #1, and Doe #2;
3. Defendants Harris, Ventis-Colon, Doe #3, and Doe #4 are dismissed; and,
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **August 4, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE