1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ERIC O'DELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. MIMS, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00378-NONE-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S "MOTION REQUESTING DISCOVERY"**<br><br>(Doc. 22) |
|---|---|

On November 6, 2020, Plaintiff filed a document tiled, "Plaintiff's First Motion Requesting Discovery." (Doc. 22.) The document appears to be interrogatories and requests for admission, although it is addressed to the Court. To the extent that Plaintiff requests that the Court conduct discovery on his behalf, the Court DENIES the motion. As explained in the Court's Discovery and Scheduling Order, discovery requests—such as interrogatories, requests for admission, and requests for production of documents—shall be served by the parties directly on each other pursuant to the Federal Rules of Civil Procedure and Local Rules. (*See* Doc. 21 at 1-2.)

///
///
///
///

Discovery requests shall *not* be filed with the Court, unless the discovery requests or responses to the requests are at issue, such as in a motion to compel. *See* Local Rules 250.2(c), 250.3(c), 250.4(c); *see also* Fed. R. Civ. P. 37(a).

IT IS SO ORDERED.

Dated: **November 9, 2020**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE