UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC O'DELL,<br><br>              Plaintiff,<br><br>     v.<br><br>C. MIMS, et al.,<br><br>              Defendants. | Case No. 1:20-cv-00378-NONE-JLT (PC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY AND TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 26) |

Before the Court is Defendant Mims' motion to stay discovery and to modify the discovery and scheduling order. (Doc. 26.) Defendant requests that discovery in this matter be stayed, and that the discovery and dispositive motion deadlines be vacated, until after the Court rules on Defendant's pending, exhaustion-based motion for summary judgment. (*Id*.) The discovery cutoff date is currently February 15, 2021, and the dispositive motion deadline is April 16, 2021. (Doc. 21.) Plaintiff has not filed an opposition or a statement of non-opposition to Defendant's motion, and the time to do so has passed. *See* Local Rule 230(l).

///

///

///

///

///

1  Good cause appearing, the Court GRANTS Defendant's motion. The Court STAYS
2  discovery in this matter until the Court rules on Defendant's motion for summary judgment (Doc.
3  25). The Court also VACATES the discovery and dispositive motion deadlines, to be reset if and
4  when appropriate. All other deadlines remain in effect

IT IS SO ORDERED.

Dated: **January 19, 2021**             **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE