1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    ERIC O'DELL,                          Case No. 1:20-cv-00378-NONE-JLT (PC)

12              Plaintiff,                   **ORDER DENYING PLAINTIFF'S "MOTION TO BAR[] DEFENDANTS MOTION OPPOSING PLAINTIFFS EXHAUSTION"**

13         v.

14    C. MIMS, et al.,                       (Doc. 32)

15              Defendants.

16

17         On December 15, 2020, Defendants filed a motion for summary judgment on the grounds

18    that Plaintiff failed to exhaust his administrative remedies prior to filing suit. (Doc. 25.) Plaintiff

19    filed an opposition on December 30, 2020, to which Defendants filed a reply on January 6, 2021.

20    (Docs. 27, 28.) On February 1, 2021, Plaintiff filed a motion to "bar[]" Defendants' motion for

21    summary judgment on the grounds that it was filed after December 15, 2020, the deadline for

22    filing motions challenging the exhaustion of administrative remedies. (Doc. 32; *see also* Doc. 21.)

23    However, as stated above, Defendants filed their motion on December 15; thus, the motion was

24    timely filed. Accordingly, Plaintiff's motion (Doc. 32) is DENIED.

25

26    IT IS SO ORDERED.

27    Dated:   __February 2, 2021__          _____/s/ Jennifer L. Thurston_____
                                             UNITED STATES MAGISTRATE JUDGE

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28